**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

United States of America,        )

             )    **PRETRIAL STATUS CONFERENCE**

       Plaintiff,       )

             )

    vs.             )

             )    Case No.: 1:23-cr-039

Marquel Lechon Ford,      )

             )

       Defendant.     )

---

The undersigned shall hold a pretrial status conference with counsel by telephone on April 5, 2023, at 9:00 AM.  To participate, counsel shall call (877) 810-9415 and enter access code 8992581.  Counsel are strongly encouraged to consult with each other prior to the conference.  This will enable the conference to progress more expeditiously

**IT IS SO ORDERED.**

Dated this 8th day of March, 2023.

               */s/ Clare R. Hochhalter*
               Clare R. Hochhalter, Magistrate Judge
               United States District Court